

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**Sue Beitia**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

# MEMO

To:         All Federal Bar Members

From:       Sue Beitia, Clerk of U.S. District Court, District of Hawaii

Date:       December 20, 2013

Subject:    Corporate Disclosure Statements

Federal Rule of Civil Procedure 7.1 and Criminal Rule 12.4 both address the filing of Corporate Disclosure Statements.

Both rules state "A party must:

    (1) file the Rule 7.1(a) *(or 12.4(a))* statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

    (2) promptly file a supplemental statement upon a change in the information that the statement requires."

Thank you for your cooperation in this matter.