Case: **1:13-cv-00708**
Assigned To : **MOLLWAY, SUSAN OKI**
Referral Judge: **CHANG, KEVIN S.C.**
Assign. Date : **12/20/2013**
Description: **Orly Taitz vs. Hawaiian Memorial Park Mortuary**

```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI010379
Cashier ID: lg
Transaction Date: 12/20/2013
Payer Name: MEDICAL DENTAL DEVELOPMENT LLC

CIVIL FILING FEE
 For: MEDICAL DENTAL DEVELOPMENT LLC
 Case/Party: D-HIX-1-13-CV-000708-001
 Amount:         $400.00

CHECK
 Remitter: MEDICAL DENTAL DEVELOPMENT LLC
 Check/Money Order Num: 1053
 Amt Tendered:   $400.00

Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:        $0.00

CV 13-00708SOM-KSC


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```