Dr. Orly Taitz ESq

29839 Santa Margarita ste 100

Rancho Santa Margarita, Ca 92688

ph. 949-683-5411 fax 949-766-7603

orly.taitz@hushmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2013

at ___ o'clock and 10 min. ___ P.M.
SUE BEITIA, CLERK

United states District Court

for the DISTRICT OF HAWAII

Orly Taitz                                              )

v                                                       )   CV13 00708 SOM KSC

Hawaiian Memorial park mortuary         )

45-425 Kamehameha Hwy

Kameohe, HI 96744

ph. 808-247-0437

info@ordensteins.com

*Need emergency hearing 12.20.2013 via phone 949-683-5411*

**EMERGENCY PETITION FOR STAY/PRELIMINARY INJUNCTION OF CREMATION OF THE ALLEGED REMAINS OF DECEASED LORETTA FUDDY DUE TO SUSPICION OF FOUL PLAY, LACK OF AUTOPSY REPORT, LACK OF TOXICOLOGY REPORT, DUE TO PERMANENT DESTRUCTION OF THE REMAINS BY CREMATION AND REPORT BY HONOLULU FIRE DEPARTMENT CAPTAIN TERRY SEELIG THAT LORETTA FUDDY'S BODY REMAINED IN THE FUSELAGE OF THE PLANE, WHICH IS STILL**

**UNDER 70 FEET OF WATER OF THE SHORE OF MOLOKAI AND HAVE NOT BEEN RECOVERED YET**

Jurisdiction 28 USC § 1332

Case at hand is filed based on diversity 28 USC §1332 and in connection to several legal actions currently in several courts around the country.

Parties

Petioner

Orly Taitz is a resident of California, . Taitz is a plaintiff and co-plaintiff in a nuber of legal actions. One of such actions is in the state of MS, where deceased Loretta Fuddy was a defendant until the day of her death.

Respondent

Hawaiian Memorial park mortuary   45-425 Kamehameha Hwy, Kameohe, HI 96744, ph. 808-247-0437, info@ordensteins.com, which is schedule to handle the funeral and burial of deceased Loretta Jean Deliana Antone Fuddy

**ALLEGATIONS AND PETITION**

Taitz is a plaintiff in  Taitz et al v Democratic Party of MS, Obama, Fuddy et al 12-cv-00280 US District Court of the Southern district of MS, where deceased Loretta Fuddy was a defendant till 12.11.2013, the day she allegedly was the only person

to die in an accident after the emergency water landing of Cessna Caravan plane. the legal action involves RICO causes of action due to evidence of Loretta Fuddy certifying computer generated forgery   which she claimed to be a   true and correct copy of 1961 alleged genuine birth certificate for Barack Obama in spite of the fact that multiple expert testimony showed that the released document was a forgery and Ms. Fuddy refused to comply with the subpoena from this very court (Exhibit 1), where she was supposed to present the original to Attorney Orly Taitz.

Additionally Taitz is a plaintiff in  *Taitz v Colvin*  Case # 13-1878 USDC District of Maryland, where evidence was presented showing Barack Obama using a Connecticut Social Security number xxx-xx-4425, which failed E-verify and which was issued to Harry Bounel, born in 1890.

Additionally, aforementioned cases are related to    *13-cv-1020 Taitz v Donahoe* USDC District of Columbia  which shows  Barack Obama using a fabricated Selective service Certificate with a fabricated cancellation USPS stamp affixed to it.

As such Ms. Fuddy was involved in the biggest  fraud in the history of this nation and was a target.

On 12.11.2013 it was announced that Ms. Fuddy was the only victim to die in an emergency water landing of Cessna Caravan plane of Makani Kai air.

There are multiple troubling discrepancies in relation to reports of this crash and Ms. Fuddy's alleged death.

Please, see Exhibit 2, 5 USC 552request for NTSB report and attached exhibits. The most glaring controversy is the account of Ms. Fuddy's death which presents questions to the identity of the person to be buried in two days, on Saturday, December 21, 2013 in Honolulu Hawaii after the funeral mass at Co Cathedral of St. Theresa.

According to the statement by captain Terry Seelig of Honolulu Fire Rescue, which was summoned to the scene of the crash, Ms. Fuddy's body remained in the fuselage of the plane, which is still under 70 feet of water of the shore of Molokai.

"That person remained in the fuselage of the plane. Not much details. Always a difficult situation when you can't get everyone out, and unfortunately that was the case here," Capt. Seelig said. p 45 of the exhibit, statement by Terry Seelig to Briane Randle KHON 2 Hawaii.

So, if Ms. Fuddy's body is still in the fuselage of the plane, whose body is being laid to rest and possibly cremated?

Petitioner Taitz contacted the Hawaiian Memorial Park mortuary and talked to the receptionist and inquired whether Loretta Fuddy will be laid to rest in that mortuary. The receptionist confirmed that indeed she will be laid to rest on Saturday, December 21stat Hawaiian Memorial mortuary. Taitz questioned, whether it will be a cremation or burial, the receptionist did not know, she stated they handle approximately equal number of both, that she will need to ask the funeral director Virginia and Virginia will call Taitz back. Taitz did not receive a call from Virginia yet. Declaration of Orly Taitz attached below.

Taitz contacted Dr. Harle, Maui county coroner/medical examiner and questioned whether the autopsy for Loretta Fuddy is ready to be released. Dr. Harle advised Taitz that the case of Loretta Fuddy's death is still under investigation, that there is no final autopsy report, not preliminary report yet. she advised Taitz that the request for toxicology was sent to the toxicology lab and results will not be ready for two more weeks (see Declaration of Taitz.)

Based on the above and due to high likelihood of foul play Petitioner Taitz is requesting a stay/preliminary injunction to cremation of alleged remains of Loretta Fuddy.

## PRAYER FOR RELIEF

The court to issue a stay/preliminary injunction to cremation of alleged remains of deceased Loretta Jean Deliana Antone Fuddy due to permanent destruction of the remains by cremation and due to evidence of foul play in relation to death of deceased Loretta Fuddy and report by Honolulu fire Department Captain Terry Seelig that Loretta Fuddy's body remained in the fuselage of the plane, which is still under 70 feet of water of the shore of Molokai and have not been recovered yet and due to lack of autopsy and toxicology report in regards to alleged remains of Loretta Fuddy scheduled to be laid to rest, possibly by cremation on 12.21.2013.

respectfully submitted,     /s/ Taitz

Dr. Orly Taitz ESQ

Declaration of Orly Taitz

I, Orly Taitz have personal knowledge of fact described below and attest to following under the penalty of perjury:

1. On December 18, 2013 I personally talked to Dr. Harle, Maui county coroner/ medical examiner who performed the autopsy on a deceased believed to be Loretta Fuddy

2. Dr. Harle stated that there is no report yet and no preliminary autopsy report yet as Ms. Fuddy's death is still under the investigation, samples were sent to toxicology lab and they will not be ready for about two weeks. Autopsy report will not be ready for two weeks.

3. I called Hawaiian memorial Park mortuary and verified that the funeral of Loretta Fuddy is scheduled to take place this Saturday, December 21, 2013. I asked the receptionist whether the body will be cremated or buried. Receptionist did not know and stated that the director Virginia will call me.

I declare this under penalty of perjury that all of the above is correct to the best of my knowledge and informed consent.

12.19.2013          *[signature]*

Orly Taitz

I, Lila Dubert, am an assistant to Dr. Orly Taitz, I am over 18 years old and I attest that a true and correct copy of the emergency petition for stay was served on the Respondent on 12.19.2013 via Federal Express

Signed _____

Lila Dubert

Dated 11.19.2013