UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 · 0338

CLERK

OFFICIAL BUSINESS

Hawaiian Memorial Park Mortuary
45-425 Kamehameha Highway
Kaneohe, HI 96744.

FIRST CLASS

$01.120
PITNEY BOWES
02 1R
0002010591
MAILED FROM ZIPCODE 96813
DEC 24 2013

CV13-708 SOM-KSC
NSD
P.O. Box

NIXIE    968    FE 1    0009    0012/27/13

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 96850497138    *0372-00618-24-43

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 30 2013
DISTRICT OF HAWAII

Hawaiian Memorial Park Mortuary
45-425 Kamehameha Highway
Kaneohe, HI 96744.

CV 13-00708 SOM-KSC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ORLY TAITZ, | ) | CIVIL NO. 13-00708 SOM/KSC |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | ACTION SHOULD NOT BE |
| vs. | ) | DISMISSED |
| | ) | |
| HAWAIIAN MEMORIAL PARK MORTUARY, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On December 20, 2013, Plaintiff Orly Taitz, Esq., proceeding <u>pro se</u>, initiated this action. Taitz, a resident of California, sues Hawaiian Memorial Park Mortuary, seeking an emergency injunction with respect to the burial or cremation of Loretta Fuddy. Other than allegations concerning other lawsuits in which Taitz has sued Fuddy, Taitz fails to allege any facts explaining why Taitz wants to enjoin the burial or cremation of Fuddy.

Taitz appears to be relying on a single document to serve as both the Complaint that commences this action and her motion for injunctive relief. On December 20, 2013, the day the document was filed, the court denied Tatiz's request for emergency injunctive relief via a minute order. The present order amplifies that minute order. The court appears to lack jurisdiction over this matter. The request for emergency injunctive relief has accordingly been denied. See <u>Sierra Forest</u>

Legacy v. Rey, 577 F.3d 1015, 1021 (9th Cir. 2009) ("[P]laintiffs seeking a preliminary injunction must establish that (1) they are likely to succeed on the merits; (2) they are likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in their favor; and (4) a preliminary injunction is in the public interest."); G. v. Haw. Dep't of Human Servs., 2009 WL 2877597 (D. Haw. Sept. 4, 2009) (noting that the standard for issuing a temporary restraining order is identical to the standard for issuing a preliminary injunction.

"[W]hether or not the parties raise the issue, federal courts are required sua sponte to examine jurisdictional issues such as standing." D'Lil v. Best W. Encina Lodge & Suites, 538 F.d3 1031, 1035 (9th Cir. 2008) (quotation marks, citation, and alterations omitted).  Taitz is therefore ordered to show cause why the complaint should not be dismissed for lack of jurisdiction.  Taitz is silent as to the citizenship of Defendant, which appears to be a private entity, although Taitz states that this action is brought pursuant to the court's diversity jurisdiction under 28 U.S.C. § 1332.  Even if Defendant and Taitz are citizens of different jurisdictions, subject matter jurisdiction appears to be lacking because Taitz seeks only an injunction, not money damages.  Taitz is ordered to show cause why the action should not be dismissed for failure to allege the requisite amount in controversy for purposes of § 1332.

Taitz is also ordered to show cause why the action should not be dismissed for lack of standing, as nothing she alleges suggests that she has been personally harmed. See San Diego Cnty. Gun Rights Comm. v. Reno, 98 F.3d 1121, 1126 (9th Cir. 1996). It cannot be the case that anyone curious about someone's cause of death may, in the absence of a cognizable connection to the deceased or a law enforcement justification, delay the deceased's burial or cremation.

Taitz may respond to this order to show cause in writing no later than January 10, 2014. If the court receives no response by the deadline, the case will be automatically dismissed. Taitz may, of course, "moot out" this order to show cause by voluntarily dismissing the Complaint.

If the court dismisses this action for lack of jurisdiction, no further order regarding the motion seeking injunctive relief will issue.

The Clerk of Court is directed to send a copy of this Order to Hawaiian Memorial Park Mortuary, 45-425 Kamehameha Highway, Kaneohe, HI 96744.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 23, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Orly Taitz v. Hawaiian Memorial Park Mortuary, Civil No. 13-00708 SOM/KSC, ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

## Other Orders/Judgments

1:13-cv-00708-SOM-KSC Taitz v. Hawaiian Memorial Park Mortuary

### U.S. District Court

### District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 12/23/2013 at 4:28 PM HST and filed on 12/23/2013
**Case Name:** Taitz v. Hawaiian Memorial Park Mortuary
**Case Number:** 1:13-cv-00708-SOM-KSC
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED - Signed by JUDGE SUSAN OKI MOLLWAY on 12/23/13. Show Cause Response due by 1/10/2014.** "Taitz may respond to this order to show cause in writing no later than January 10, 2014. If the court receives no response by the deadline, the case will be automatically dismissed. Taitz may, of course, "moot out" this order to show cause by voluntarily dismissing the Complaint. If the court dismisses this action for lack of jurisdiction, no further order regarding the motion seeking injunctive relief will issue. The Clerk of Court is directed to send a copy of this Order to Hawaiian Memorial Park Mortuary, 45-425 Kamehameha Highway, Kaneohe, HI 96744." **(emt, )**

---

CERTIFICATE OF SERVICE
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). A copy of this order shall be served to Orly Taitz at the address of record on December 24, 2013; a copy shall be served to Hawaiian Memorial Park Mortuary at 45-425 Kamehameha Highway, Kaneohe, HI 96744.

---

**1:13-cv-00708-SOM-KSC Notice has been electronically mailed to:**

Orly Taitz orly.taitz@gmail.com

**1:13-cv-00708-SOM-KSC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=12/23/2013] [FileNumber=1635661-0] [14a576c11269149c9a6f0cd07a4c0b7c6c3be93c25b79b19789dda1bfb7b5ad6e2 ec3367feaa7b56936acb1c14458832346beddec07e21455769569b0c340078]]