**Dr. Orly TaitzESQ**

**29839 Santa Margarita ste 100**

**Rancho Santa Margarita, Ca 92688**

**ph. 949-683-5411 fax 949-766-7687**

**orly.taitz@hushmail.com**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2014

at ___ 2 ___ o'clock and ___ 30 ___ min. P M.
SUE BEITIA, CLERK

## US DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| Orly Taitz, | ) Case # 2013-cv- 00708 |
| Petitioner | )Hon Susan Oki-Mollway |
| Office of Inspector General USPS, | |
| Respondent | |

## COMBINED RESPONSE TO MOTION TO SHOW CAUSE IN RELATION TO STANDING AND COMPLAINT AND PETITIONS

**I. FOIA, 5 USC §552 APPEAL OF REFUSAL OF INFORMATION REQUESTED UNDER FOIA OF RECORDS RELATED TO A FABRICATED 1980 USPS CANCELLATION STAMP FROM USPS OFFICE IN HONOLULU HAWAII, AFFIXED TO A FABRICATED SELECTIVE SERVICE REGISTRATION FOR BARACK OBAMA**

**II. WITHDRAWAL OF EMERGENCY PETITION TO STAY CREMATION AS MOOT**

**III. RENEWED PETITION TO ENFORCE SUBPOENA TO THE DIRECTOR (DEPUTY DIRECTOR OF HEALTH DEPARTMENT OF HAWAII) TO PROVIDE FOR EXPERT**

EXAMINATION ORIGINAL 1961 BIRTH CERTIFICATE OF BARACK OBAMA, WHICH ALLEGEDLY EXISTS IN THE VAULT OF THE HEALTH DEPARTMENT OF HAWAII.

IV. REQUEST UNDER 18 USC 3332 (A) FOR THIS HONORABLE COURT  TO PRESENT EVIDENCE TO THE FEDERAL GRAND JURY OR GRANT THE PLAINTIFF AN EX RELATOR STATUS TO STEP IN THE SHOES OF THE ASSISTANT U.S. ATTORNEY AND PRESENT TO THE FEDERAL GRAND JURY, WHICH IS CONVENED IN THE DISTRICT OF HAWAII, EVIDENCE OF OFFENSES AGAINST THE CRIMINAL LAWS  OF THE UNITED STATES ALLEGED TO HAVE BEEN COMMITTED WITHIN THE DISTRICT OF HAWAII

I.      FOIA, 5 USC §552 APPEAL OF REFUSAL OF INFORMATION REQUESTED UNDER FOIA OF RECORDS RELATED TO A FABRICATED 1980 USPS CANCELLATION STAMP FROM USPS OFFICE IN HONOLULU HAWAII, AFFIXED TO A FABRICATED SELECTIVE SERVICE REGISTRATION FOR BARACK OBAMA

Plaintiff/ Petitioner- Orly Taitz, FOIA petitioner, was denied information under FOIA

Respondent –Inspector General of USPS

**Jurisdiction / Standing– Federal Question 5 USC§ 552, Documents requested are located within the District of Hawaii, diversity.**

## STATEMENT OF FACTS AND ALLEGATION

Plaintiff Taitz filed a FOIA request and a subsequent FOIA appeal relating to the criminal complaint that she filed with the Inspector General of USPS relating to the fabricated 1980 USPS stamp affixed to a fabricated and back dated 1980 alleged Selective Service registration for Barack Obama. Taitz provided USPS a sworn affidavit from the former Chief Investigator of Special Investigations unit of US Coast Guard, Stephen Jeffrey Coffman, attesting to the fact that Barack Obama's alleged 1980 Selective Service Registration represents a fabricated document with a fabricated postal stamp attached to it. According to investigator Coffman the forger used 2008 stamp which was cut in half and "08" was placed backwards to show "80". This forgery was obvious, glaring, due to the fact that all stamps contain four digit year, not two digit year. Originally Inspector General forwarded the letter and information from Taitz to the Fraud department seeking thirty day investigation and report, which was supposed to be provided by the Fraud department of USPS by July 29, 2012, but was not provided to the plaintiff. Taitz

Originally Taitz filed a FOIA appeal in June of 2013 alleging lack of FOIA response by the Inspector General of USPS.

Two months after the appeal, she got August 2, 2013 response from the office of Inspector General, which stated that Inspector General of USPS did not have a response from the Fraud department at the time the appeal was filed, but they received a response since, which allegedly stated that fabrication of a bogus USPS cancellation stamp does not represent fraud. Letter was signed by an employee of the office of Inspector General for FOIA officer Gladys Griffith. See Exhibit 27 August 2,

2013 letter from Inspector General of USPS. RE:  FOIA Appeal No.  20·1 J-IGAP-00026 FOIA.\

Case No.  20.13-IGFI)-Q()tiOG

The letter further states:

" Inasmuch as my decision  does not constitute a grant of access to requested

information, FOIA requires that I inform you of your right to judicial review.  Such review is

available to you In the United States District Court  for the judicial district

in which you reside or have your principal place of business, **the district in which the**

**records are located**, or in the District of Columbia


As part of the 2007  FOIA amendments, the Office of Government Information Services

(OGIS) was created  to offer mediation services  to resolve disputes between FOIA

requesters and Federal agencies as a non-exclusive  alternative to litigation.  Using OGIS

services does not affect your right to pursue litigation." *Id.* .(emphasis added)


Due to the fact that the record relates to the fact that the <u>forger allegedly used 2008</u>

<u>USPS cancellation stamp for Honolulu Hawaii and falsified it to make it look like</u>

<u>1980 stamp, Plaintiff believes that corresponding records indeed are located in</u>

<u>Hawaii, as such this district would have jurisdiction and Plaintiff Taitz has standing</u>

<u>to bring the appeal of this (August 2) specific FOIA denial for information</u>.

This responds to the order to show cause by this court in relation to standing to

bring the complaint.

In FOIA requests the only injury the plaintiff has to show, is denial of FOIA request

for information, which is undisputed as seen in Exhibit 27.

As such in her first cause of action Taitz is seeking the following relief from the court:

Appeal of denial of information requested in FOIA request for information as described in Exhibit 27, August 2, 2013 denial by the appeal officer of Inspector General of USPS.

Specifically Taitz is seeking a response from Fraud Department of USPS in relation to fabricated 1980 USPS cancellation stamp from USPS office in Honolulu, Hawaii, which according to Chief Investigator Coffman was fabricated from 2008 USPS stamp from the same office in Honolulu, HI. Taitz is seeking any and all documents generated in response to her complaint and her request for information under 5 USC 552 FOIA, including, but not limited to the copy of the response, which according to the letter signed "For Gladis C. Griffith", alleged that fabrication of a bogus 1980 USPS stamp does not represent fraud.

III.     RENEWED PETITION TO ENFORCE SUBPOENA TO THE DIRECTOR (DEPUTY DIRECTOR OF HEALTH DEPARTMENT OF HAWAII) TO PROVIDE  FOR EXPERT EXAMINATION ORIGINAL 1961 BIRTH

**CERTIFICATE OF BARACK OBAMA, WHICH ALLEGEDLY EXISTS IN**

**THE VAULT OF THE HEALTH DEPARTMENT OF HAWAII.**

On August 8, 2011 Taitz appeared before this court with a subpoena seeking production of the original birth certificate for Barack Obama, which allegedly exists and was kept in the vault of the health Department of the State of Hawaii since 1961-till now.

Taitz  filed a motion to enforce compliance with subpoena and for production of record and appeared before the same judge, Hon. Susan Oki-Mollway in case 11-cv-00519. This subpoena was related to a case *Taitz v Astrue*, 11-cv-00402  which was filed in the District of Columbia. In that case Taitz sought original application to Connecticut Social Security number xxx-xx-4425, which Mr. Obama used in his tax returns and which failed both E-Verify and SSNVS and showed as a number not assigned to Barack Obama. Hon Susan Oki-Mollway conducted a phone conference with Petitioner Taitz and Deputy Attorney General of Hawaii. The standing was not at issue, as one can file a motion to compel in jurisdiction where the respondent resides, however the original case was dismissed by the Presiding judge in Washington DC, which made the Motion to compel subpoena moot.

Taitz v Astrue was dismissed due to the finding of privacy exemption in the underlying case. However, since then the issue of Barack Obama's use of a Social Security number, which was not assigned to him, was rekindled for following reasons:

1.  Investigator Albert Hendershot found another individual, Harry (Harrison) J. Bounel, who used the same Social Security number xxx-xx-4425.

2.  In 2011 US Census released 1940 census, which showed Bounel  to be fifty years old in 1940, therefor being born in  1890.

3.  SSA released a new "120 year rule", which states that if an individual was born 120 years ago or earlier, such individual/subject of a search is considered an extremely aged individual and SSA has to release his SS-5, Social Security application, even without usual consent or proof of death of the subject of the search. Taitz sought Bounel's SS-5 from SSA in Baltimore, MD, did not receive a response, and she filed a legal challenge/ appeal  in USDC for the District of Maryland.

Defense filed a motion to dismiss, claiming that they do not have any records for Bounel. Taitz filed a combined opposition and  Motion for summary Judgment for Taitz  and attached November 16, 2012 response from SSA to another individual, where SSA through the same FOIA officer, Dawn Wiggins, was stating that they have records for Bounel, but cannot release them for reasons of privacy. Taitz argue that SSA  was defrauding the court as they have the records for Bounel and they could not claim privacy exemption to release, as according to theit own rule 120 year rule "extremely aged individuals" like Bounel, who was born 124 years ago, do not fall under privacy exemption.

Presiding Judge Ellen Hollander denied the motion by the SSA to dismiss the case and she further  has given Plaintiff Taitz 21 days to file an amended complaint with further allegations that SSA did not conduct proper search of records for Bounel. "In regard to the adequacy of the search, plaintiff's arguments that the SSA has failed to meet its obligations under the FOIA may have merit. When the adequacy of a search is challenged, an agency may demonstrate the adequacy of its search by submitting an affidavit that is "reasonably detailed, setting forth the search terms and the type of search performed, and averring that all files likely to

contain responsive materials (if such records exist) were searched so as to give the requesting party an opportunity to challenge the adequacy of the search." *Ethyl Corp. v. U.S. E.P.A.,* 25 F.3d 1241, 1246-47 (4th Cir. 1994) (internal quotation marks and citations omitted). Here, defendant has offered the Declaration of Dawn S. Wiggins, who avers, ECF 12-2 ¶ 6: "SSA conducted a search of the Numident for a record that matched the information provided by Plaintiff but could not locate a record for Mr. Bounel." Wiggins did not explain the manner in which the search was conducted, whether multiple searches were conducted using different combinations of the information provided by plaintiff (to ensure that a minor discrepancy in the information submitted by plaintiff did not sabotage the search), or any other details related to the thoroughness of her search."  Taitz v Covin 13-cv-1878, December 13, 2013 order by Judge Hollander.

As such not only Taitz has standing in Taitz v Colvin 13-cv-1878, but also there is a high probability that Judge Hollander will order Carolyn Colvin, acting commissioner of SSA to produce SS-5, Social Security application for Harry Bounel for Connecticut SSN xxx-xx-4425, which Barack Obama is fraudulently using.  This issue is integrally related to Mr. Obama's birth certificate, which was subpoenaed and was supposed to be produced in 2011 by Director of Health Loretta Fuddy and was not produced, as all IDs are based on a valid birth certificate .

Currently, as this court already knows, Ms. Fuddy was pronounced dead on December 11, 2013, only 2 days prior to this order by Judge Hollander.  Fuddy died under suspicious circumstances. She was the inly fatality of an emergency water landing of Makani Kai flight from Molokai to Oahu. Exhibits  24 and 25 show conflicting reports in relation to her death. According to a report by the Fire Captain Terry Seelig she died within the plane and her body

remained in the fuselage of the plane, which as submerged for a week. According to other reports, such as a sreport by the captain of the plane Clyde Kawasaki and passenger Philip C. Hollstein, Fuddy safely got out of the plane and was wearing life vest, was holding hands with her Deputy Director Keith Yamamoto and was waiting to be lifted by a helicopter and they were shocked that she was pronounced dead.

Taitz believes that there could have been  foul play and this could have been assassination in order to eliminate a witness/ accomplice who certified a flagrant forgery as a true and correct copy of Barack Obama.

Taitz believes that further cover up of the alleged original document will be an incentive to get rid of other individuals who are witnesess and possible accomplices to this forgery, such as Registrar Onaka, Dputy Deirector of Health Keith Yamamoto and others.

As such Taitz is inquiring whether Honorable Susan Oki-Mollway would consider    again motion to compel subpoena for the original birth certificate for Barack Obama. Taitz understands that the original subpoena was addressed to Loretta Fuddy as the Director of Health and Fuddy is deceased and the subpoena was a reciprocal subpoena in  relation to case 11-cv- 519. Currently similar issues are being in Taitz v Colvin 13-cv-1878    described above and a number of other cases.

At this point Taitz is only making an inquiry in relation to the subpoena, whether this court will be willing to entertain a motion to compel and make a correction, seeking information from Keith Yamamoto in light of death of Loretta Fuddy and correct the originating case, as 13-cv-1878 Taitz v Colvin v 11-cv-0402   Taitz v Astrue (Carolyn Colvin is an acting

Commissioner of Social Security, who replaced commissioner Astrue).     If the court is

willing to consider such motion, a formal motion will be filed and served on Mr. Yamamoto.

III.   **WITHDRWAL   OF   EMERGENCY   MOTION   TO   STAY**

**CREMATION AS MOOT**

Petitioner withdraws an emergency motion to stay cremation as moot. Motion

was related to the complaint at hand and had to be filed on emergency basis due

to the fact that the cremation/ burial was to take place next day.

Petitioner proceeds with   the complaint/petition and other motions.

**IV. REQUEST UNDER 18 USC 3332 (A) FOR THIS HONORABLE COURT  TO**

**PRESENT EVIDENCE TO THE FEDERAL GRAND JURY OR GRANT THE**

**PLAINTIFF AN EX RELATOR STATUS TO STEP IN THE SHOES OF THE**

**ASSISTANT U.S. ATTORNEY AND PRESENT TO THE FEDERAL GRAND JURY,**

**WHICH IS CONVENED IN THE DISTRICT OF HAWAII, EVIDENCE OF**

**OFFENSES AGAINST THE CRIMINAL LAWS  OF THE UNITED STATES**

**ALLEGED TO HAVE BEEN COMMITTED WITHIN THE DISTRICT OF HAWAII**

**18 USC 3332 (a)**  states

It shall be the duty of each such grand jury impaneled within any judicial district to inquire into

**offenses against the criminal laws of the United States alleged to have been committed**

**within that district. Such alleged offenses may be brought to the attention of the grand jury**

**by the COURT or by any attorney appearing on behalf of the United States for the presentation of evidence.** Any such attorney receiving information concerning such an alleged offense from any other person shall, if requested by such other person, inform the grand jury of such alleged offense, the identity of such other person, and such attorney's action or recommendation." 18 USC 3332(a).

Offenses against the criminal laws of the United States:

**List of US criminal laws that were violated to be forwarded to the Federal Grand Jury:**

**1. 18 US §1031 Major Fraud against the US**

**2.** 18 USC Chapter 47 Fraud and False statements

§1001 Statements generally

3. 18 USC §1002 possession of false papers to defraud United States

4. 18 USC §4 Misprision of Felony -Misprision of Fraud

5.  18 USC §4 Misprision  of Felony- misprision of forgery

6. 18 USC §2382 Misprision of Treason

7 18 USC §2381 Treason

8. 18 USC §2391 Treason

9. 18 USC §1341 Fraud

10. 18 USC §1028 Fraud and related activity in connection with identification

11. 42 USC 1983 Violation of Civil rights under the color of authority

12. 18 USC 1962 RICO (Racketeering influenced corrupt organization) with predicate acts

a. fraud

b mail and wire fraud

c. social Security fraud

d elections fraud

e. IRS fraud

f. conspiracy to commit fraud

g conspiracy to commit identity fraud

e. suspected murder

**OFFENSES RELATE TO FOLLOWING:**

1. Uttering of a forgery as a true and correct copy of the 1961 long form birth certificate of Barack Obama which does not exist

2. forgery/ fabrication of a bogus birth certificate for Barack Obama

3. conspiracy to commit forgery of an alleged birth certificate for Barack Obama

4. fraud in aiding and abetting Obama in claiming his identity, US citizenship and eligibility for the U.,s. Presidency based on fabricated IDs.

5. conspiracy to commit aforementioned fraud

6. treason in aiding and abetting usurpation of the U.S. Presidency by a Citizen of Indonesia Barry Soetoro, aka Barack (Barry) Soebarkah, aka Barack Obama, using stolen and fabricated IDs.

7. possible murder of a witness/co-conspirator Loretta Fuddy, Director of Health of the state of Hawaii, in order to cover up forgery of Barack Obama's fabricated birth certificate, conspiracy to commit forgery, fraud, conspiracy to commit fraud, uttering of a forged/ fabricated document, conspiracy to utter fabricated document, treason in aiding and abetting enemy in usurpation of the position of the U.S. President/ Commander in Chief of the U.S. military by a foreign national using fabricated IDs and a stolen Social Security number.

**INDIVIDUALS INVOLVED IN OFFENSES AGAINST THE CRIMINAL LAWS OF THE UNITED STATES**

1.   Loretta Fuddy- deceased Director of Health of Hawaii see exhibits 1-6. Loretta Fuddy certified as a true and correct copy a fabricated 1961 birth certificate for Barack Obama

2. Alvin Onaka- Alvin Onaka, registrar of the Department of Health of the State of Hawaii,   either conceded to forgery or had a duty to speak up about aforementioned forgery. Onaka committed fraud in being complicit in release of flagrantly fabricated birth certificate for Obama by Fuddy

3. Judith Corley- personal attorney for Barack Obama, who became complicit in this conspiracy by claiming to deliver to Barak Obama a true and correct copy of his alleged birth certificate, while in reality she delivered a digital file, probably on a memory stick, which contained the computer generated forgery, which was presented by Corley and White House counsel at a time Bob Bauer, as a true and correct birth certificate for Barack Obama.

4. William Chatfield- former director of Selective Service who knowingly covered up a fabricated Selective service certificate with a fabricated cancellation USPS stamp affixed to it.

5. Dawn Wiggins- SSA FOIA officer, who knowingly covered up SS-5, Social Security application for Harrison (Harry) Bounel for Connecticut Social security

number xxx-xx-4425, which Obama fraudulently used in his tax returns and which failed both US Social Security verification services E-Verify and SSNVS

6. Brian Schatz- former Chairman of the Democratic party of the state of Hawaii. Schatz committed fraud by signing a falsified OCON (Official Certification of Candidate) for President of the United States for Barak Obama, where wording ""legally qualified to serve under the provisions of the United States Constitution" was removed from the  certificate issue by the Democratic Party of Hawaii and submitted to the commissioner of elections. OCON for John Kerry and Al Gore contained wording "eligible according to provisions of the U.S. Constitution", OCON for ineligible Obama did not contain required wording.

7. Lynn Matusow- former Secretary of the Democratic party of the state of Hawaii. Matusow committed fraud by signing a falsified OCON (Official Certification of Candidate) for President of the United States for Barak Obama, where wording ""legally qualified to serve under the provisions of the United States Constitution" was removed from the  certificate issue by the democratic Party of Hawaii and submitted to the commissioner of elections. OCON for John Kerry and Al Gore contained wording "eligible according to provisions of the U.S. Constitution.

Evidence to be presented to the Federal Grand Jury for the District of Hawaii contained in the following Exhibits 1—30

1. Barack Obama's tax return for 2009 posted on April 15 2010, showing him using CT SSN 042-6-4425 of Harry Bounel

2. Authentication affidavit  of Linda Jordan and E-Verify report showing that 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 was not assigned to Obama, "Record does not verify"

3. SSNVS report showing that Barack Obama failed SSNVS check and authentication by Colonel Greg Hollister

4.Affidavit of Albert Hendershot and Merlins information systems report showing Obama using a Social Security number of Harry Bounel

5. Affidavit by Licensed Investigator Susan Daniels showing Obama using invalid Social Security numbers

6. Affidavit by a senior Deportation officer John Sampson attesting that there is no legal basis for Obama to use a Connecticut Social Security number.

7. Affidavit by Chief Investigator of special Investigations unit of the US coast Guard stating that Obama's alleged Selective Service Registration is a forgery with a fabricated postal stamp attached to it.

8. Stanley Ann Dunham's (Obama's mother's) passport records showing Obama listed under the last name Soebarkah in his mother's passport.

9. Affidavit of Honolulu county Senior elections clerk that  no birth certificate for Barack Obama was found in any hospital in Hawaii

10 Statement by the James Orenga, minister of Lands of Kenya relating to Obama's birth in Kenya.

11. Obama's biography submitted by Obama to his literary agent in 1991, stating that he was born in Kenya.

12.   Affidavit of IT expert Felicito Papa attesting to the fact that Obama's alleged birth certificate is a forgery.

13. Affidavit of Scanning and copying machine expert Douglas Vogt attesting to forgery in Obama's birth certificate.

14. An article typesetting and printing expert Paul Irey attesting to forgery in Obama's birth certificate.

15 Affidavit of typesetting and typing machines expert Charles Coombs attesting to forgery in Obama's alleged birth certificate.

16. Affidavit by Sheriff Arpaio regarding forgery in Obama's IDs.

17. Barack Obama's school registration #203 from Assisi school in Jakarta, Indonesia, showing him to be Indonesian citizen and his legal last name to be Soetoro, the last name of his step father

18. Evidence of destruction and forgery of immigration/ arrival NARA records for August 1-7 1961

19. Selective Service record showing Obama committing Selective Service fraud and using a Social Security number 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, which was not assigned to him

20. OCON, Official certificate of Nomination for candidate for President of Al Gore, John Kerry and Barack Obama, whereby words "legally qualified to serve under the provisions of the United States Constitution" removed from Obama's certification

21 Obama's registration as an attorney in Illinois with  Obama hiding his identity under prior names and defrauding the bar, claiming not to use in the past any other names, even though he used last names Soetoro and Soebarkah

22. Barack Obama's School record from National Student clearing house, showing Obama making fraudulent statements regarding his education, as records show him attending Columbia  for 9 months only, from 09.*01.1982-05.31.1983, not two years as Obama claims.*

*23. Picture of Obama's elementary school friend Scott Inoue, showing him and Obama together at Noelani elementary school in 1963, with notation "1969, 3rd grade". According to Obama's official biography he was in Indonesia from 1967-1971 and did 1-4th grade there.*

*24. December 12, 2013 Los Angeles Times article by Soumya Karlamanga quoting an interview to KHON given by Honolulu Fire Captain Terry Seelig stating that the body of Director of Health Loretta remained in the fuselage of the submerged plane.*

25. December 20, 2013 Associated Press article by Jennifer Sinco Kelleher quoting Hawaii-based National Transportation Safety Board investigator Jim Struhsaker, who stated that the captain and the passenger attested that Director of Health Fuddy got out of the plane alive and they were shocked that she was pronounced dead

26. FOIA complaint and FOIA response in relation to the fact that Barack Obama's on line application for ACA (Obamacare) was denied by the Washington DC exchange due to the fact that ACA database could not confirm Obama's identity based on information provided. White House announced that rejection was due to the fact that the president's information was "scrubbed", removed from the National databases. Taitz submitted FOIA request to the DC exchange seeking a copy of a court order which directed ACA/ DC exchange to scrub Obama's information from the database. DC exchange FOIA response stated that there is no such order, which

showed that Obama was committing fraud not only by using a stolen Social Security number and fabricated IDs, which caused DC Exchange to reject his application,  but also in claiming that there was some type of order to remove his information from the database.

27. Police report, affidavit and accompanying articles relating to assassination of Donald Young, Larry Bland and suspicious deaths of Alex Okrent and Nate Spencer, four homosexual men linked to bi-sexual Barack Obama, who was allegedly seeking to preserve his image of a straight family man by eliminating witnesses of his homosexual relationships.

28. August 2, 2013 response to appeal from the Inspector General of USPS

29. Subpoena by the USDC for the District of Hawaii to produce for inspection the original 1961 typewritten birth certificate for Barack Obama, allegedly  signed by Dr. David Sinclair and Stanley Ann Dunham Obama and Registrar Lee and stored in the Health Department of Hawaii from 1961.

30. Order by USDC Judge Ellen Hollander, denying Motion to dismiss Taitz v Colvin and giving Taitz leave of court to file a second amended complaint and allege failure by the Defense to conduct proper search for records.

Further, recent suspicious death of Loretta Fuddy, prior murder of Lieutenant Quarles Harris, suspicious death of healthy 52 year old Saliah (Lia) Soetoro-Sobah and a number of others, show that there is a pattern of murders and suspicious deaths of individuals who are key witnesses to fraud committed by Obama or accomplices to this fraud.

**There is a high likelihood for disappearance of witnesses, accomplices and original records. This justifies forwarding this evidence of offenses against the U.S. criminal laws to the Federal Grand Jury under 18US 3332 (a) by Honorable Judge Oki-Mollway or by the plaintiff, if Judge Oki-Mollway grants her Ex Relator status.**

**Such submittal of evidence is justified as it is in the best interest of the public and is essential for the U.S. National security.**

**Ex Relator status for plaintiff is justified and essential, as Attorney General Eric Holder and a number of U.S. Attorneys were aware of the aforementioned violations against criminal laws and did not take any action in relation to aforementioned actions against the criminal laws of the U.S. and they are not likely to take any action in the future, which represents the most serious threat to the U.S. National Security.**

**LIST OF INDIVIDUALS WHO POSSESSED KNOWLEDGE IN RELATION TO FRAUD**

**AND FORGERY IN BARACK OBAMA'S IDS, FRAUD IN RELATION TO BARACK**

**OBAMA'S IDENTITY AND HIS LIFESTYLE, WHO  DIED UNDER SUSPICIOUS**

**CIRCUMSTANCES OR WERE ASSASSINATED**

1. Lieutenant Quarles Harris (sic unusual first name, not a title)- was assassinated, as he cooperated with FBI in relation to Barack Obama's passport records

2. Loretta Fuddy- death is being investigated by Maui county police, conflicting reports in regards to her death. Loretta Fuddy certified flagrant forgery as a true and correct copy of 1961 birth certificate for Barack Obama.

3. Saliah (Liah) Soetoro Sobah- Barak Obama's foster sister, resided in Indonesia, died shortly before Barack Obama's scheduled trip to Indonesia. There were no reports of her being ill prior to her sudden death. Soetoro-Sobah's account of Obama's life in Indonesia was different from Obama's account. According to Sobah Obama did not arrive in Indonesia together with his mother, but rather arrived some time later. Sobah's account is supported by account of Dr. Scott

.

Inoue (Exhibit 23) Photograph showing Obama and Inoue together at Noelani

school in 1969, with notation "1969, 3rd grade:. According to Obama's official

biography he was in Indonesia from 1967-1971 and did 1-4th grade there. Based

on accounts of Soetoro-Sobah and Inoue there were two separate individuals:

Barry Obama, who resided in Hawaii and attended Noelani Elementary school in

Hawaii in 1967-1969 and Barry Soetoro, who resided in Indonesia and attended

Assissi school in Jakarta, Indonesia 1967-1969. In 1969 Barry Obama went to

Indonesia. In 1971 one of these two men came back to the United States. Taitz

believes that the person who came back, is Barry Soetoro, not Barry Obama.

4. Investigative Journalist Michael Hastings- reporter, who advised prior to his

death that he was in the midst of an explosive investigations relating to Obama

administration, Barack Obama and Director of CIA John Brenner. Hastings died in

a car accident, his body was cremated. It was reported that cremation was done

without prior consent of the family.

5. Investigative Journalist Andrew Breitbart -died shortly after his announcement

that he will be releasing explosive evidence about Barack Obama. According to

reports, among them a report by former CIA officer Jim Garrow, autopsy on

Breitbart's body was not performed for five days after his death, at which point

alleged poison/ agent causing neuromuscular paralysis, could not be detected in his body.

6. Los Angeles county assistant coroner, who worked while Breitbart's death was investigated. Coroner's death was announced to be arsenic poisoning.

7. Donald Young- was shot to death in December of 2007, as Barack Obama started his campaign for President. Young was a 40 year old openly gay church choir director in the Trinity  Church of Chicago. After assassination of Young, his mother,  Norma Jean Kendrick Young, has given multiple interviews to the media in Chicago Illinois claiming that her son was killed because of his connection to Obama. "What was the cause of my son's death?" Norma Jean Young asked in the Globe interview. "I'm very suspicious that it may have been related to Obama. Donald and Obama were very close friends. Whatever went on with this is very private. I am suspicious of a cover-up!"

She insisted there is "more to the story," calling on Chicago police to ramp up their investigation.

"I do believe they are shielding somebody or protecting somebody," she told The Globe. http://www.wnd.com/2012/10/trinity-church-members-reveal-obama-shocker/#pTfsZtaylvqBPUZF.99

8. Larry Bland- openly gay member of the same Trinity Church of Chicago, assassinated in November 2007, as Barack Obama was starting his Campaign. Murderer of Larry Bland was not found. Multiple researchers believe that both Donald Yong and Larry Bland were assassinated due to their relationship with Barack Obama, in order to create a clean image of a straight family man for Obama, who is widely believed to be bisexual. interview with Donald Yong's mother is Exhibit 27.

9. Alex Okrent died mysteriously in July of 2012 in the Obama Campaign Offices in Chicago's Prudential Building. Openly gay, he'd been affiliated with Barack Obama in one way or another since Okrent was in college. Obama kept him around, through all those years, on all those campaigns...until he suddenly turned up dead with an inconclusive autopsy. And his death happened just before Obama was headed into a difficult re-election campaign where black support for Obama was wavering and the black community is notoriously anti-gay.

http://hillbuzz.org/is-barack-obama-gay

**INDIVIDUALS WHO ARE POSSIBLE TARGETS FOR ASSASSINATION DUE TO THEIR KNOWLEDGE OF FRAUD AND FORGERY IN RELATION TO BARACK OBAMA'S IDS:**

1. Alvin Onaka- Registrar, Department of Health, State of Hawaii

2. Alfred Kano, aware of fraud committed by Fuddy, received a certified copy of a long form birth certificate

3. Johanna Ah'Nee –Randolph- aware of fraud committed by Fuddy

4. Brian Schatz-  Chairman of the Democratic Party of Hawaii in 2008

5. Lynn Matusow- Secretary of Democratic Party of Hawaii in 2008

6. Keith Yamamoto- Deputy Director of Democratic Party of Hawaii

7. Jill Nagamine- Deputy Attornmey General of Hawaii

8. William Chatfield-former director of Selective Service

9. Judith Corley- personal attorney of Barack Obama

10 Bob Bauer- personal attorney of Barack Obama

11 Scott J. Tepper- personal attorney of Barack Obama

12. Dawn Wiggins- Senior FOIA officer for SSA

13. Michael Astrue former Commissioner of SSA

14. David Williams- inspector General of USPS

As such Petition to submit aforementioned evidence to the Federal Grand Jury

under 18 USC 3332 (a) for inquiry into violations against Criminal Law of the

United States should be granted. If this court grants the petition, Plaintiff will

provide additional evidence and a more detailed criminal complaint for inquiry by

the federal Grand Jury.

Respectfully Submitted

Dr. Orly Taitz, ESQ

01.08.2014


cc Oversight Committee U.S. house of Representatives

cc Judiciary Committee U.S. House of Representatives

cc Inspector general Department of justice

cc Public Integrity Unit Department of Justice

cc  Inspector General USPS

cc Inspector General DHS

cc Inspector General SSA

cc Interamerican commission for Human rights

cc Human Rights division UN

| Table of Evidence of Fraud and Forgery in Obama's IDs by Attorney Orly Taitz | Obama's claims | Proof of fraud and forgery |
|---|---|---|
| 1. Forged selective service certificate | In September 2008 2 weeks after Obama was confronted with questions of selective service his SSS application surfaced | According to affidavit of the chief investigator of the special investigations unit of the US Coast Guard (ret) and special agent with the Homeland security Jeffrey Steven Coffman (Exhibit 7), according to sheriff Arpaio Obama's SSS application is a forgery<br>Selective service contains social Security number 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, which was never assigned to Obama according to E-Verify and SSNVS |
| 2. Obama's use of a stolen Connecticut Social security number 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 which was never assigned to him according to E-Verify and SSNVS | On April 15  2010 Obama posted his tax returns on line and forgot to flatten the PDF file. When the file was opened with Adobe Illustrator it became visible that Obama is using a Connecticut Social security number 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.(E 1 Affidavit Felicito Papa) Research of the number showed that it was issued in 1977 to an elderly resident of Connecticut born in 1890.(E4 Affidavit of investigator Albert Hendershot) Search of Obama's SSS application shows him using the same CT SSN, which was never assigned to him | According to former officer of the Elite Scotland Yard anti organized crime and anti communist proliferation unit Neil Sankey, licensed investigator Susan Daniels (Exhibit 5) , former senior deportation officer John Sampson (Exhibit 6), Sheriff Arpaio, investigator Zullo Obama is using a Connecticut Social Security number 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 which was never assigned to him according Lexis Nexis, Choice Point, E-Verify (Exhibit 2 affidavit of Linda Jordan and E-Verify report)and SSNVS (Exhibit 3 SSNVS report)<br>According to Exhibit 4, affidavit of Albert Hendershot SSN in question was assigned to Harrison J. Bounel, born in 1890 |
| 3. Forged US Postal stamp affixed to Obama's Alleged Selective Service Application | Stamp affixed to Obama's SSS application contains 2 digit year stamp "80' | All US stamps contain four digit year stamp  (Exhibit 7, Affidavit of former Chief Investigator of the Special Investigations Unit of the U.S. Coast Guard Jeffrey Stephan Coffman) |
| 4. Obama forged long form birth certificate | Obama's alleged birth certificate contains letter of different fonts and sizes | Letters of different fonts and sizes in Obama's alleged birth certificate is a clear evidence of it being a forgery, as the |

| | | document was alleged to be created in 1961 with a typewriter. It is impossible to create a document with a typewriter and have letters of different sizes and fonts. Type written document has letters of the same sizes and the same font Exhibit 13, 14, 15, 16 |
|---|---|---|
| 5 Obama's alleged birth certificate contains white halo around the letters | None of the published Hawaiian birth certificates contain a halo around words. the only BC with the white halo is Obama's | According to experts Paul Irey, Ivan Zatkowitch and Douglas Vogt white halo around the words is a sign of a computer manipulation Exhibit 13 affidavit of Douglas Vogt, 14, 15 16 |
| Obama's alleged copy of the birth certificate is a compilation of bits and pieces coming from different documents | Obama claims that the document posted on WhiteHouse.gov is a true and correct copy of his original birth certificate | Obama's copy of his alleged genuine original birth certificate represents a computer generated forgery, opens in multiple layers, which were cut and pasted from different documents Exhibit 12 Affidavit of Felicito Papa, Exhibit 13 , 16Affidavit of Douglas Vogt |
| 6. Serial number of Obama's alleged BC is inconsistent with other serial numbers | Serial numbers of twins Susan and Gretchen Nordyke, who were born three days later are lower | Inconsistent serial number is another sign of forgery Exhibit 13 |
| Obama's biography shows him born in Kenya | Obama claims to be born in Hawaii | Obama's biography submitted by Obama to his own publisher Acton -Dystal and kept on line for 16 years, 1991-2007 states that he was born in Kenya. In 2007, right before the beginning of the campaign the bio was deleted Exhibit 11 |
| On March 25, 2010 during the National assembly meeting Minister of Lands of Kenya states that Obama was born in Kenya | Obama claims to be born in Honolulu, HI | James Orenga Minister of Lands of the republic of Kenya states that Obama was born in Kenya Exhibit 10 |
| Lack of any birth certificate for Obama in any hospital in Hawaii | Obama claims to be born in Kapiolani hospital in Honolulu,Hawaii | Exhibit 9, Sworn affidavit of Timothy Lee Adams, Senior Elections Clerk of the City of Honolulu and Honolulu county, attesting to the fact that it was a common knowledge among the |

| | | |
|---|---|---|
| | | officials of the county Registrar that there is no birth certificate for Obama in any hospital in Hawaii |
| 7. All immigration records of passengers arriving in Hawaii | Obama claims to be born in HI | Exhibit 18 All of the immigration records of passengers arriving in Honolulu August 1-7 disappeared from NARA (National archives). Further cover-up<br><br>Upon demands for accounting the label on arrival records from August 7-14 were falsified, "7" was erased and replaced with one to give an impression that missing August 71-7 records are contained in 7-14 page |
| Forgery of the OCON (official certificate of a candidate for President) | Obama claims to be eligible, Democratic Party of Hawaii falsified the certificate of Eligibility | Democratic Party of Hawaii falsified the official certificate of a candidate, removed the words "Eligible according to the Constitution" |
| Obama was listed under a different last name in his mother's passport, was removed from his mothers passport due to foreign allegiance | Obama claims to be the Natural Born U.S. Citizen, never lost his citizenship | Exhibit 8, Passport records of Obama's mother, Stanley Ann D. Soetoro, shows Obama under a different name, Soebarkah, shows him crossed out, removed from his mother's passport due to foreign allegiance |
| In his school records | Inconsistency: Obama claims to be<br><br>US citizen<br>Claims Obama to be his legal last name<br>Claims to be Christian | Exhibit 17 Obama's School registration #203 Asissi School in Jakarta Indonesia list him as a Citizen of Indonesia His last name is listed as Soetoro (his step father's last name) Religion listed as Muslim |

| | | |
|---|---|---|
| OCON (Official Certificate of a Candidate) issued by the Democratic Party of Hawaii was falsified, words "..legally qualified to serve under the provisions of the United states Constitution" were removed from Obama's OCON in order to let ineligible Obama on the ballot, while it was present in the OCON for John Kerry and Al Gore | Obama claims to be qualified under the provisions of the U.S. constitution | Exhibit 20 OCON (official Certification of a candidate) for Al Gore and John Kerry contain wording: "..legally qualified to serve under the provisions of the United states Constitution". In Obama's OCON aforementioned wording was removed and the only qualification states: "legally qualified to serve under the provisions of the National Democratic Parties balloting" |
| Evidence of fraud in the application to the to the Illinois Attorneys Bar | In his bar application Obama claimed to have never used any other names | Exhibit 21 Obama's Illinois bar application shows him committing perjury. Bar applications are made under the penalty of perjury. In his application Obama claims that he never used any other names. This is contradictory to his school registration showing him using last name Soetoro and his mother's passport records Exhibit 8 where he is listed under the last name Soebarkah |
| Modus Operandi and Pattern of fraud extends to Obama's college records | Obama claimed to have been attending Columbia university for two years | Exhibit 22 Barack Obama's college records from Student clearing House show him attending Columbia for less than one year, only 9 month. additionally there is no evidence of him residing anywhere in the US during these missing 15 months. Logical conclusion would be that his trip to Pakistan before Columbia lasted not 1month, as he claims, but 16 months. |