IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ORLY TAITZ, | CIVIL NO. 13-00708 SOM-KSC |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| HAWAIIAN MEMORIAL PARK MORTUARY, | |
| Defendants. | |

**ORDER DISMISSING ACTION**

On December 20, 2013, Plaintiff Orly Taitz, Esq., proceeding pro se, initiated this action.  Taitz sued Hawaiian Memorial Park Mortuary, seeking an emergency injunction with respect to the cremation of Loretta Fuddy.

On December 23, 2013, the court issued an Order to Show Cause Why Action Should Not Be Dismissed.

On January 9, 2013, Taitz withdrew her petition seeking an emergency stay of the cremation.  Given that withdrawal, there are no issues remaining for adjudication in this case.  The court therefore dismisses the action.

To the extent Taitz may be seeking in her filing of January 9, 2013, to change the claims in this action to assert new claims against a different defendant, those claims may be the subject of a different action.  Those "claims" are unrelated to the Order to Show Cause and do not demonstrate Taitz's standing

to assert any claim against Hawaiian Memorial Park Mortuary.  Of course, if Taitz desires to pursue claims against a different defendant, she may file a new case by submitting a complaint along with a new filing fee.

  IT IS SO ORDERED.

  DATED: Honolulu, Hawaii, January 10, 2014.



     /s/ Susan Oki Mollway
     Susan Oki Mollway
     Chief United States District Judge

Taitz v. Hawaiian Memorial Park Mortuary, Civ. No. 13-00708 SOM/KSC; ORDER DISMISSING ACTION